MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

KAREN D. BEAUSEY  (CABN 155258)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-6935
    Fax: (415) 436-6982
    E-Mail: Karen.Beausey@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:10-MJ-70916 MAG |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING PRELIMINARY HEARING** |
| vs. | |
| JUAN MORA, | |
| Defendant. | |

    IT IS HEREBY STIPULATED, by and between the parties to this action, that the PRELIMINARY HEARING date of May 23, 2011 presently scheduled at 9:30 a.m., before Magistrate Donna M. Ryu, be vacated and re-set for July 7, 2011 at 9:30 a.m. for PRELIMINARY HEARING.  This continuance is necessary to allow the parties to complete pre-indictment plea negotiations and to accommodate the schedules of counsel.

1

1  The parties agree and stipulate that the time until July 7, 2011 should be excluded,
2  under 18 U.S.C. §§3161(H)(7)(A) and (B)(iv) because the ends of justice served by the granting
3  of the continuance outweigh the bests interests of the public and the defendant in a speedy and
4  public trial. The continuance is necessary to accommodate defense counsel's preparation efforts.

6  Date   05/18/11              /s/
                                 Jesse Garcia, Esq.
7                                Garcia, Schnayerson & Thompson
                                 Counsel for defendant MORA

10 Date   05/18/11              /s/
                                 Karen Beausey
11                               Assistant United States Attorney

13  I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.          /S/ Karen Beausey
14                                                                 Counsel for the Unites States

2

ORDER

The court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate defense counsel's preparation efforts. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to July 7, 2011 at 9:30 a.m., and that time is excluded from the date of this order until July 7, 2011 pursuant to 18 U.S.C. §§3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

5/20/11
Date

HONORABLE DONNA M RYU
UNITED STATES DISTRICT JUDGE